UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
RENE ARTURO LOPEZ, *et al.*,                        )
                                                    )
                 Plaintiffs,                        )
                                                    )
         v.                                         )        Civil Action No. 10-0023 (PLF)
                                                    )
COUNCIL ON AMERICAN-ISLAMIC                          )
RELATIONS ACTION NETWORK, INC.,                     )
                                                    )
                 Defendant.                         )
_____                 )

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that [8] the defendant's motion to consolidate this case with Civil

Action No. 10-0022 is GRANTED; it is

FURTHER ORDERED that [7] the defendant's motion to reassign this case is

DENIED; it is

FURTHER ORDERED that [11] the defendant's motion to dismiss the plaintiffs'

complaint is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that Count I of the complaint, alleging violations of the

District of Columbia Consumer Protection Act, is DISMISSED.  All other claims remain

pending; and it is

FURTHER ORDERED that this case is consolidated with Civil Action

No. 10-0022 for all purposes.

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge
DATE: September 30, 2010

2